IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

DAPHNE DION COOPER ,                              *

               Plaintiff,                    *

v.                                                                     Case No. 5:24-cv-00355-TES-CHW

                                              *

COMMISSIONER OF SOCIAL SECURITY,

                                              *

               Defendant.                    *

                                              *

## **J U D G M E N T**

Pursuant to this Court's Order dated February 17, 2026, having accepted the recommendation of

the United States Magistrate Judge in its entirety, the Commissioner's decision is AFFIRMED.

JUDGMENT is hereby entered in favor of Defendant.

This 17th day of February, 2026.

                                    David W. Bunt, Clerk

                                    s/ Raven K. Alston, Deputy Clerk